

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2019

No. 04-18-00581-CR

Justin **LUNA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9367
Honorable Joey Contreras, Judge Presiding

# O R D E R

Appellant's brief was originally due December 14, 2018, but was not filed. We eventually ordered the appeal abated and remanded to the trial court for an abandonment hearing. The trial court held that hearing on April 11, 2019, and found appellant still desires to prosecute this appeal with his appointed counsel and neither appellant nor counsel has abandoned the appeal. We adopted the findings and conclusions of the trial court and ordered the abatement lifted. We further ordered appellant's appointed counsel to file appellant's brief in this court on or before April 30, 2019.

On the due date, appellant's counsel filed a motion for extension of time asking for another two weeks in which to file the brief. After reviewing the motion, we **GRANT** appellant's motion for extension of time and **ORDER** appellant's counsel to file the appellant's brief in this court **on or before May 14, 2019. We advise Mr. Montgomery that no further extensions of time to file the brief will be granted. Additionally, if the brief is not filed in this court on or before May 14, 2019, we will order Mr. Montgomery to appear in this court and show cause why he should not be held in civil or criminal contempt or otherwise sanctions.**

We **order** the clerk of this court to serve this order on counsel by first class United States mail and by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery. The clerk should also send the order to counsel pursuant to usual methods of service. We further order the clerk of this court to serve this order on the trial court and counsel for the State.

_____

Beth Watkins, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2019.



_____

KEITH E. HOTTLE,
Clerk of Court